UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE OFFICE
2019 JUN 18 PM 4:18

Glenn Johnson

_Write the full name of each plaintiff._

-against-

City of New York, New York City Police Department, Jelani Mills, Officer John Doe, Officer John Doe

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

18 CV 6256 (RA)
(Include case number if one has been assigned)

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-19

Rev. 5/20/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

GlenN _____ JoHNSoN
First Name       Middle Initial       Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

ReleAsed Home ADDRess
Current Place of Detention

880 BoyNToN Ave APT# 19G
Institutional Address

BRoNX        New YoRK        10473
County, City       State       Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: ReleAsed

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Jelani / Mills / #: 2293
First Name / Last Name / Shield #

Police Department New York City
Current Job Title (or other identifying information)

Narcotic Borough Manhattan North
Current Work Address

New York, New York
County, City / State / Zip Code

Defendant 2: ~~John~~ Sgt. Anis ~~Doe~~ Nikocevic Tax No. 937186
First Name / Last Name / Shield #

New York City Police Department
Current Job Title (or other identifying information)

Narcotics Borough Manhattan North
Current Work Address

New York / New York
County, City / State / Zip Code

Defendant 3: ~~John~~ Det. Kevin ~~Doe~~ Clark Tax No. 940012
First Name / Last Name / Shield #

New York City Police Department
Current Job Title (or other identifying information)

32nd Precinct
Current Work Address

New York, New York
County, City / State / Zip Code

Defendant 4:
First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: WEST 116TH STREET AND MANHATTAN AVENUE

Date(s) of occurrence: July 23, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I WAS STOPPED BY AND UNMARKED POLICE VEHICLE CRUISER ON JULY 23, 2016, IN THE AFTERNOON AT 2:55 PM ON WEST 116TH STREET AND MANHATTAN AVENUE WHERE THE N.Y.P.D POLICE OFFICERS TOLD ME MY BRAKE LIGHTS WERE OUT THE OFFICERS AND TWO(2) JOHN DOES THEN TOLD ME TO STEPPED OUT MY VEHICLE TO PAT FRISK ME WHERE NOTHING WAS FOUND ON ME INSTEAD OF GIVING ME A CITATION OR SUMMONS FOR MY BRAKE LIGHTS THE OTHER TWO(2) PLAIN CLOTHES N.Y.P.D POLICE OFFICERS THAN STARTS TO SEARCH MY VEHICLE LOOKING UNDER THE CAR SEATS OF MY VEHICLE AND GOING THROUGH MY GLOVE COMPARTMENT AND PERSONAL BELONGING THE TWO(2) OFFICERS THEN HANDCUFFED ME AND CHARGE ME WITH CRIMINAL POSSESION OF CONTROL SUBTANCE IN THE SEVENTH DEGREE. I WAS ARRESTED AND HELD FOR FIVE(5) MONTHS AND THE CASE WAS DISMISSED IN PART B. IN MANHATTAN CRIMINAL COURT. POLICE OFFICER Jelani MILLS, SHIELD #2293, AND TWO(2) JOHN DOES DEFENDANT.

FALSE ARREST, MALIOUS PROSECUTION, VIOLATION CIVIL RIGHTS, POLICE MISCONDUCT, ILLEGAL SEARCH AND SEIZURE

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Distress, servere. Aghuish; Mental Aghuish

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Wherefore Glenn Johnson prays for Judgement in his favor and damages in his favor against all Defendents in an amount sufficient to compensate him for the Emotional Distress, violation of civil rights. In violation of the 8th and 14th Amendment against all Defendants but in no event less than $5,000,000. Together with his Attorneys fees. Court cost and such Additional Relief as the court may deem just and proper.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__5/24/19__
Dated

__Glenn Johnson__
Plaintiff's Signature

__GLENN__     _____     __JOHNSON__
First Name     Middle Initial     Last Name

__Released 880 Boynton Ave Apt# 19G (Home Address)__
Prison Address

__BRONX__     __NEW YORK__     __10473__
County, City     State     Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: __Released__

Page 6