UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/19

GLENN JOHNSON,

    Plaintiff,

v.

CITY OF NEW YORK, JELANI MILLS, SGT. ANIS NIKOCEVIC, AND DETECTIVE KEVIN CLARK

    Defendants.

No. 18-CV-6256 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 27, 2019, the Court scheduled a post-discovery conference for November 8, 2019 (Dkt. 38). Plaintiff did not appear at this conference, nor did he inform the Court of any reason why he would not be able to attend. Accordingly, the Court hereby adjourns the post-discovery conference to December 6, 2019 at 12:45 p.m. If Plaintiff does not appear at the conference on December 6, 2019, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   November 12, 2019
         New York, New York

Ronnie Abrams
United States District Judge