UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/5/19
```

GLENN JOHNSON,

    Plaintiff,

v.

CITY OF NEW YORK, JELANI MILLS,
SGT. ANIS NIKOCEVIC, AND
DETECTIVE KEVIN CLARK

    Defendants.

No. 18-CV-6256 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Plaintiff's apparent health issues, the post-discovery conference scheduled for December 6, 2019 is hereby adjourned to January 10, 2020 at 3:30 p.m. Plaintiff is reminded that if he does not appear at the conference on January 10, 2020, or is granted an adjournment from the Court in advance of the conference, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 5, 2019
    New York, New York

                   Ronnie Abrams
                   United States District Judge