**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GLENN JOHNSON,

                        Plaintiff,                       18 **CIVIL** 6256 (RA)

         -against-                                **JUDGMENT**

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, JELANI MILLS, *Shield*
*No. 2293,* SGT. ANIS NIKOCEVIC, *Tax No.*
*93 7186,* AND DETECTIVE KEVIN CLARKE,
 *Tax No. 940012,*

                            Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated May 26, 2020, Defendants' motion for summary

judgment is granted, and judgment is entered in favor of Defendants; accordingly, the case is

closed.

**Dated:**  New York, New York
        May 27, 2020

                                  **RUBY J. KRAJICK**
                               _____
                                 **Clerk of Court**
                **BY:**
                                  **Deputy Clerk**